UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Rondeau</u>

        v.          Case No. 07-cv-186-PB

<u>Internal Revenue Service</u>

## O R D E R

The defendant has failed to comply with the Orders dated June 22, 2007 and September 18, 2007, accordingly, the complaint is dismissed without prejudice

SO ORDERED.

December  12 , 2007          /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

cc:      Kevin Rondeau, Pro se